# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

ANDREW BEVINS, JR.,

        Petitioner,    :    Case No. 1:08-cv-520

- vs -        District Judge Susan J. Dlott
        Magistrate Judge Michael R. Merz

ERNIE MOORE, Warden,
 Lebanon Correctional Institution,

                                             :

        Respondent.

## REPORT AND RECOMMENDATIONS ON MOTION FOR SUMMARY JUDGMENT

This habeas corpus case is before the Court on Petitioner's Motion for Summary Judgment (ECF No. 41).

For the reasons given in the Magistrate Judge's Report and Recommendations on Petitioner's Motion for Relief from Judgment (ECF No. 45), the Motion for Summary Judgment should be DENIED.

January 8, 2016.

                                                          s/ *Michael R. Merz*
                                               United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F). Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 153-55 (1985).