# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# DIVISION AT CINCINNATI

ANDREW BEVINS,

            Petitioner,        :      Case No. 1:08-cv-520

  - vs -                        District Judge Susan J. Dlott
                                      Magistrate Judge Michael R. Merz

TIMOTHY BRUNSMAN, Warden,
  Lebanon Correctional Institution,

                                     :
            Respondent.

## REPORT AND RECOMMENDATIONS

      This habeas corpus case is before the Court on Petitioner's Motion to Alter Judgment Pursuant to Fed.R.Civ.P. 59(e) (ECF No. 65). The docket shows that judgment was entered in this case on January 25, 2010 (ECF No. 35). A motion to amend the judgment under Fed.R.Civ.P. 59(e) must be filed no later than 28 days after entry of the judgment.

      Therefore the Motion is untimely and should be denied. Because reasonable jurists would not disagree with this conclusion, Petitioner should be denied a certificate of appealability and the Court should certify to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

October 1, 2019.

                                                    s/ *Michael R. Merz*
                                             United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by mail. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140, 153-55 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).