# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

ANDREW BEVINS, JR., : Case No. 1:08-cv-520

    Petitioner,

- vs -                                District Judge Susan J. Dlott
                                      Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional
Institution

    Respondent. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 66), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's Motion to Alter Judgment Pursuant to Fed.R.Civ.P. 59(3) (ECF No. 65) is DENIED. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

October 24, 2019.

                                                              Susan J. Dlott
                                                    United States District Judge